**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Osles Cunningham, Appellant.

Appellate Case No. 2012-212762

———————————

Appeal From Lancaster County
D. Craig Brown, Circuit Court Judge

———————————

Unpublished Opinion No. 2013-UP-464
Submitted November 1, 2013 – Filed December 18, 2013

———————————

**APPEAL DISMISSED**

———————————

Chief Appellate Defender Robert Michael Dudek, of Columbia, for Appellant.

Matthew C. Buchanan, of the South Carolina Department of Probation, Parole, & Pardon Services, of Columbia, for Respondent.

———————————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, GEATHERS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.